**Entered on Docket**
**July 29, 2009**

_____
**Hon. Gregg W. Zive**
**United States Bankruptcy Judge**

---

1
2
3
4
5
6
7  ANTHONY DELUCA
   Nevada Bar No. 00692
8  DELUCA & ASSOCIATES
   5830 W. Flamingo Road, Suite 233
9  Las Vegas, Nevada 89103
   (702) 252-4673
10
11 Attorney for Debtors.

12              UNITED STATED BANKRUPTCY COURT
13                    DISTRICT OF NEVADA

14 In Re:                        )    BK-S- 09-51732-GWZ
                                 )    Trustee: Eardley
15 ADELIO GALLEGOS               )    HEARING DATE:   N/A
                                 )    HEARING TIME:   N/A.
16 NURMARA GALLEGOS              )
              Debtors.           )
17                               )
   _____)
18
19  **ORDER APPROVING EXPARTE MOTION TO TRANSFER CASE AND CHANGE OF**
                                **VENUE**
20
    The Court having considered the ex Parte Motion to Transfer Case and Change of Venue.
21
22  / / / /
23  / / / /
24  / / / /
25
26
27
28

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the EXPARTE MOTION TO TRANSFER CASE AND CHANGE OF VENUE is hereby granted.

Dated this 24th day of June , 2009

Respectfully Submitted By:

_____
ANTHONY J. DeLUCA, ESQ.
Nevada Bar No.:00 6952
DELUCA & ASSOCIATES
5830 West Flamingo Road, Suite 233
Las Vegas, Nevada 89103

Attorney for Debtors

_____
Eardley          7/7/09
Chapter 7 Trustee